**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| VIVIAN CASPER,<br>*Plaintiff,*<br><br>v.<br><br>GENEVIEVE WEST, in her official capacity as Chair of Department of Language, Culture & Gender Studies; ABIGAIL TILTON, in her official capacity as Dean of the College of Arts & Sciences; CARINE FEYTEN, in her official capacity as Chancellor and President; ANTHONY YARDLEY, in his official capacity as Director of Employee Relationships, HR Compliance & Equity; and KATHERINE ANTWI GREEN, in her official capacity as General Counsel, Secretary to the Board of Regents, and Chief Compliance Officer,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:23-cv-00042-ALM |

---

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

---

On this day the Court considered Defendants' Motion to Dismiss. After due consideration, the Court finds the motion meritorious.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that all claims filed against Defendants' are hereby DISMISSED WITH PREJUDICE.

SO ORDERED.