**CAUSE NO. 22-0364-431**

| | | |
|---|---|---|
| **VIVIAN CASPER**<br><br>**Plaintiff**<br><br>**v.**<br><br>**TEXAS WOMAN'S UNIVERSITY, ABIGAIL TILTON (in her official capacity as Dean of the College of Arts & Sciences), SHANNON SCOTT (in her official capacity as Associate Dean of the College of Arts & Sciences), GENEVIEVE WEST (in her official capacity as Chair of Department of Language, Culture & Gender Studies), SYMONE OSIEKO (in her official Capacity as Director of Civility & Community Standards/Title IX Coordinator), CAROLYN FEYTEN (in her official capacity as Chancellor and President), CAROLYN KAPINUS (in her official capacity as Executive Vice President for Academic Affairs and Provost), AND KATHERINE ANTWI GREEN (in her official capacity as General Counsel, Secretary to the Board of Regents, and Chief Compliance Officer)**<br><br>**Defendants** | § | **IN THE DISTRICT COURT**<br><br>**DENTON COUNTY, TEXAS**<br><br>**431st JUDICIAL DISTRICT COURT** |

**<u>NOTICE OF APPEAL</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Vivian Casper, and gives notice of her intent to appeal the Trial Court's dismissal of her claims by and through *Order Granting Defendants' [sic] Plea to the Jurisdiction* signed on June 22, 2022. Subsequently, Plaintiff filed her *Request for Findings of Fact and Conclusion of Law, Motion for New Trial, and Motion to Reinstate* thereby extended appellate deadlines. A hearing was held on such motion on July 29, 2022, but no order was entered

EXHIBIT B

by the Trial Court and findings of fact and conclusions of law were not entered. This appeal is taken to the Second Court of Appeals in Fort Worth, Texas.

Respectfully submitted,

**FOX ROTHSCHILD, LLP**

By: */s/ Christian Dennie*
CHRISTIAN DENNIE
State Bar No. 24045775
cdennie@foxrothschild.com
Saint Ann Court
2501 N. Harwood Street, Ste. 1800
Dallas, Texas 75201
214.231.5745 (telephone)
972.404.0516 (facsimile)
***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I certify that on this 24th day of August 2022, a true and correct copy of the foregoing document was served on all counsel of record by and through the e-filing system.

*/s/ Christian Dennie*
Christian Dennie, *Counsel for Plaintiff*