Case 4:23-cv-00042-ALM Document 16-4 Filed 05/30/23 Page 1 of 2 PageID #: 226

TWU

**Ashley Bender <abender@twu.edu>**

# A moment in today's meeting

**Casper, Vivian** <VCasper@twu.edu> Wed, Oct 12, 2022 at 4:44 PM
To: "Bender, Ashley" <ABender@twu.edu>, "West, Genevieve" <GWest@twu.edu>

Dr. West and Dr. Bender,

I want to clarify that moment when I told Dr. Bender that she ought to "read more." Somehow either I was immediately attacked and cut off or something happened with the transmission. I wanted to finish: I wanted to say that you ought to read more about the language of "wokeism," which I have learned a lot about. I do not agree with this ideology, recognize its vocabulary immediately, and think it is a passing fad with almost no merit. I have a lot of supporters and sympathizers off campus, so I do not feel that I need TWU support to express my opinions on this ideology. I am just not used to the lack of understanding or acceptance of this current controversy in our department. I also subscribe to the Chicago Principles of free speech, of which we should all be champions.

I meant no disrespect to anyone, and I hope I can receive the same respect from others.

Sincerely,

Vivian

EXHIBIT
C

TWU

Ashley Bender <abender@twu.edu>

## I'd like to share a link with you

**Casper, Vivian** <VCasper@twu.edu> Wed, Oct 12, 2022 at 5:05 PM
To: "Bender, Ashley" <ABender@twu.edu>, "West, Genevieve" <GWest@twu.edu>

This is not the best definition of wokeism, but it gives a quick and easy grasp of the ideology. As you both know, I support equality and merit, the traditional ideas of a university.--V.c.

https://www.independent.org/news/article.asp?id=13968