TWU

Ashley Bender <abender@twu.edu>

# A moment in today's meeting

**West, Genevieve** <GWest@twu.edu> Thu, Oct 13, 2022 at 8:51 AM
To: "Casper, Vivian" <VCasper@twu.edu>, "Bender, Ashley" <ABender@twu.edu>

Vivian, I believe in free speech and your right to your own points of view. I don't think any of us would dispute that you have those rights.

However, when you start a sentence with "you need" and in the tone of voice I caught (although I didn't immediately catch all of the words), it comes across as a condescending personal attack: It conveys that Dr. Bender does not know what she's talking about, that she has not read as much as you have, that you are more knowledgeable than she about these issues, that she is wrong because she sees the issue differently than you do. Intelligent, thoughtful, well-informed people of goodwill can, and often do, disagree. It's about _how_ we express our disagreements.

The fact that you would not repeat what you said to Dr. Bender when I asked you to do so (so that I could hear it clearly) suggested that you realized you had spoken inappropriately.

Dr. Bender simply asked for clarification and an explanation for why you objected to the language in the document. It was a reasonable request made in a collegial way. I was also wondering why you objected.

In faculty meetings, instead of starting sentences by telling others what *they* need to do, please opt instead for "I" language that reflects your perspectives rather than attacking others: "I disagree . . . ." (and explain why), "to me it sounds like . . . ," "in my reading . . . ," "I have found . . . ." Such sentence structures are more likely to advance an open, collegial conversation and less likely to communicate a personal attack.

Personal attacks on other faculty are inappropriate and unacceptable. In TWU URP 02.330, the policy notes that "In the exchange of criticism and ideas, Faculty Members show due respect for the opinion of others." Both what you said and how you said it to Dr. Bender was disrespectful. There are many productive, generative ways to register an objection. In the future, when you object, it is essential to refrain from criticizing or demeaning colleagues.

Thank you,

EXHIBIT
D

Genevieve

Genevieve West, Ph.D.
She/her/hers
Professor of English and Chair
Language, Culture, and Gender Studies
Texas Woman's University
P. O. Box 425829
Denton, Texas 76204-5829
gwest@twu.edu
Phone: 940-898-2324
Fax: 940-898-2297

Please note: If you're receiving this message after your regular work hours, I do not expect an immediate reply. #worklifebalance

---

**From:** Casper, Vivian
**Sent:** Wednesday, October 12, 2022 4:44 PM
**To:** Bender, Ashley; West, Genevieve
**Subject:** A moment in today's meeting

[Quoted text hidden]

TWU

**Ashley Bender <abender@twu.edu>**

---

# A moment in today's meeting

---

**Casper, Vivian** <VCasper@twu.edu> Thu, Oct 13, 2022 at 10:55 AM
To: "West, Genevieve" <GWest@twu.edu>, "Bender, Ashley" <ABender@twu.edu>

Please see my comments below.--V.C.

---

From: West, Genevieve
Sent: Thursday, October 13, 2022 8:51 AM
To: Casper, Vivian; Bender, Ashley
Subject: Re: A moment in today's meeting

Vivian, I believe in free speech and your right to your own points of view. I don't think any of us would dispute that you have those rights.

However, when you start a sentence with "you need" and in the tone of voice I caught (although I didn't immediately catch all of the words), it comes across as a condescending personal attack: It conveys that Dr. Bender does not know what she's talking about, that she has not read as much as you have, that you are more knowledgeable than she about these issues, that she is wrong because she sees the issue differently than you do. Intelligent, thoughtful, well-informed people of goodwill can, and often do, disagree. It's about _how_ we express our disagreements.

Comment: I did not pursue this matter at the time, repeating and elaborating on my initial truncated statement, because I realized that I could not. Everything I say or whenever I propose anything, I am immediately attacked by two women in the dept. who must think they are scoring points with you (I am not the only one who has observed this behavior and commented to me about it) because your practice is to attack me secretly and unfairly. Their tone of voice is dismissive, condescending, and rude. Have you written to them? I find their behavior unprofessional and embarrassing to the new people in the dept. Cutsyness is also offputting in professional settings.

The fact that you would not repeat what you said to Dr. Bender when I asked you to do so (so that I could hear it clearly) suggested that you realized you had spoken inappropriately.

Comment; No, as I said above, I realized that whatever I said would be attacked.

Dr. Bender simply asked for clarification and an explanation for why you objected to the language in the document. It was a reasonable request made in a collegial way. I was also wondering why you objected.

Comment: I did not find her tone cordial; it was a repetition of her behavior in last week's Undergraduate Studies Committee, which was also embarrassing to witness by others.

In faculty meetings, instead of starting sentences by telling others what they need to do, please opt instead for "I" language that reflects your perspectives rather than attacking others: "I disagree . . . ." (and explain why), "to me it sounds like . . . ," "in my reading . . . ," "I have found . . . ." Such sentence structures are more likely to advance an open, collegial conversation and less likely to communicate a personal attack.

Comment: I agree, but I hope you require the same behavior of others. Yesterday, I momentarily forgot that I am not allowed to express my opinions and have an honest discussion. My truncation of my sentence happened when I remembered that I am treated disrespectfully in the department. Dr. Bender's tone was accusatory also, angry and defensive. I thought I had better not say anything else.

Personal attacks on other faculty are inappropriate and unacceptable. In TWU URP 02.330, the policy notes that "In the exchange of criticism and ideas, Faculty Members show due respect for the opinion of others." Both what you said and how you said it to Dr. Bender was disrespectful. There are many productive, generative ways to register an objection. In the future, when you object, it is essential to refrain from criticizing or demeaning colleagues.

Comment: I disagree that I was disrespectful and find it amazing that you do not acknowledge the rudeness toward me by

your favorites.  I wonder what rules you are disobeying as a chair by letting the rude behavior towards me continue. It is disruptive to the work of the department and its morale.

Thank you,

Genevieve

Genevieve West, Ph.D.
She/her/hers
Professor of English and Chair
Language, Culture, and Gender Studies
Texas Woman's University
P. O. Box 425829
Denton, Texas 76204-5829
gwest@twu.edu<mailto:gwest@twu.edu>
[Quoted text hidden]