TEXAS WOMAN'S UNIVERSITY

November 4, 2022

Dr. Vivian Casper
PO Box 50272
Denton, TX 76206

RE: Leave from Serving on University Committees Pending an Investigation

Dear Dr. Casper:

TWU is investigating an allegation of unprofessional conduct in violation of TWU's *URP: 02.330 Faculty Responsibilities, Standards of Conduct, and Disciplinary Process* policy. At this time, your service on university committees has been paused and you are placed on leave from serving on university committees with pay pending this investigation, effective immediately through the completion of the investigation. You will be notified at the conclusion of the investigation.

While you are on leave from serving on university committees, you are authorized to continue to participate in your scholarship activities, including communicating or meeting with individual faculty or staff. Due to the sensitive nature of this investigation, while I cannot direct you not to discuss the investigation, I hope you will treat this as the sensitive matter it is for both you and the University. During this time, you are expected to be available during your regular work hours should it be necessary to speak to you as part of the investigation. You are also expected to cooperate fully with the investigation.

You will have access to your university email so you may continue to perform your individual and scholarship activities. You may also communicate with designated university officials in relation to your investigation and regarding your status of leave from serving on university committees pending an investigation. You are not to communicate with students, faculty, or staff, including on social media, about the investigation.

You are directed not to destroy or attempt to destroy university documents, including emails that relate to university business, whether sent or received on your university or personal email. Also, you are cautioned not to engage in any behavior that reasonably may be interpreted as retaliating against any individual who you believe may be participating in this investigation.

Finally, this action is administrative in nature. However, failure to follow any of these directives is good cause for disciplinary action, including termination of your employment.

EXHIBIT
E

If you have any questions, you should contact me via email at gwest@twu.edu or phone at 940-898-2439.

Sincerely,

Dr. Genevieve West
Professor/Chair, Department of Language, Culture & Gender Studies

cc: Abigail Tilton, Dean of the College of Arts Sciences
Amy Hall, Executive Director of Human Resources