TEXAS WOMAN'S UNIVERSITY

November 4, 2022

Dr. Vivian Casper
Associate Professor, English
Texas Woman's University
vcasper@twu.edu

Dear Dr. Casper:

Our office is investigating an allegation that you engaged in prohibited conduct and you have failed to adhere to faculty responsibilities in violation of TWU's *URP: 02.330 Faculty Responsibilities, Standards of Conduct, and Disciplinary Process* policy. According to the information our office has received thus far, an investigation is required to determine if there has been any violation of Texas Woman's University policies, including *URP: 02.330: Faculty Responsibilities, Standards of Conduct, and Disciplinary Processes.*

No decision on these allegations has been made at this time. This letter serves as notice that our office will be conducting an investigation of this allegation in accordance with applicable University policies. You have the right to an advisor of your choosing to support you during your involvement in this investigation. However, the advisor may not speak for you or on your behalf during any meetings, interviews, or any other part of this process. A 48-hour notice is required if an advisor will be present.

Following are details designed to ensure that the investigation process is transparent to you so that you fully understand your rights and the University's procedures:

- The investigator(s) will request an interview with you to obtain details and/or clarifying details of the allegations.
- The investigator(s) may request additional interviews with you to obtain additional details or clarify any information already received from you or others involved in or witnessing the alleged incident.
- You should plan to be available for the interview(s) for at least one hour; however depending on the incident(s), a longer interview or subsequent interviews may be necessary.
- You may bring materials into the interview that are relevant to the investigation. Please bring all evidence, documents, and items that you believe will be helpful to the interviewer(s). All materials should be in unaltered form.
- Honesty and cooperation are expected of all interviewees. All interviewees are expected to maintain decorum during the interview.



EXHIBIT F

TEXAS WOMAN'S UNIVERSITY

- The investigators are neutral fact-finders, whose role is to determine whether University policies have been violated.
- You are expected to refrain from suggesting to any individual that they distort or align their accounts, which will ensure that the investigators obtain as much objective information about this matter as possible.

The University is required under federal law to conduct this investigation confidentially. To aid in this effort, we ask that, to protect the integrity of the investigation, you respect the privacy of those involved and keep confidential any information disclosed to you by the University during your interview.

***Retaliation***

This is a reminder that Texas Woman's University prohibits retaliation. Retaliation exists when an individual harasses, intimidates, or takes other adverse actions against a person because of that person's participation in an investigation.

The University will impose disciplinary action or sanctions on any faculty, student, or staff member found to be engaging in retaliation, or individuals who encourage third parties to retaliate on their behalf.

If you believe you are experiencing any retaliation for your participation in this investigation, please contact me at 940-898-3563 or ayardley@twu.edu

Our office will reach out to you to schedule an interview.

Sincerely,

Tony Yardley

Tony Yardley
Director of Employee Relations, HR Compliance & Equity

cc: File