**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **VIVIAN CASPER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 4:23-CV-00042-ALM** |
| | : | |
| **GENEVIEVE WEST, in her official capacity as Chair of Department of Language, Culture & Gender Studies; ABIGAIL TILTON, in her official capacity as Dean of the College of Arts & Sciences; CARINE FEYTEN, in her official capacity as Chancellor and President; ANTHONY YARDLEY, in his official capacity as Director of Employee Relationships, HR Compliance & Equity; KATHERINE ANTWI GREEN, in her official capacity as General Counsel, Secretary to the Board of Regents, and Chief Compliance Officer; and ASHLEY BENDER, in her official capacity as Interim Chair of Department of Language, Culture, & Gender Studies,** | : | |
| | : | |
| **Defendants.** | : | |

---

## VOLUNTARY DISMISSAL OF ALL DEFENDANTS

---

**NOW COMES** Dr. Vivian Casper ("Plaintiff" or "Casper") and hereby voluntarily dismisses all claims against all Defendants under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. None of the Defendants have filed an answer or a motion for summary judgment. All parties to bear their own costs and fees.

Respectfully submitted on the 13th day of February, 2026.

Respectfully submitted,

**Dennie Firm, PLLC**
99 Trophy Club Drive
Trophy Club, Texas 76262
817.430.5876
817.430.5801 – Facsimile

By: *_/s/ Christian Dennie_*
**Christian Dennie**
State Bar No. 24045775
cdennie@denniefirm.com
**Sarah Pack**
State Bar No. 24083611
spack@denniefirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on February 13, 2026, I served the foregoing *Voluntary Dismissal of All Defendants* on Defendants' attorney of record by and through the court's ECF electronic filing system.

*_/s/ Christian Dennie_*
Christian Dennie, *Counsel for Plaintiff*